184 So. 43

### Leonard McMURRY v. STATE.

### 8 Div. 920.

Supreme Court of Alabama.

Oct. 13, 1938.

Rehearing Denied Nov. 3, 1938.

Wm. Stell, of Russellville, for petitioner.

A. A. Carmichael, Atty. Gen., for the State.

BROWN, Justice.

The petitioner was convicted of an offense denounced by § 48 of "The Alabama Highway Code," Gen. Acts 1927, p. 365, and on his appeal to the Court of Appeals, the judgment of conviction was affirmed.

The questions of law presented to the Court of Appeals were correctly decided, and the writ of certiorari is due to be denied. So ordered.

Writ denied.

ANDERSON, C. J., and THOMAS and KNIGHT, JJ., concur.